No. 476, Misc. JENKINS v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Q. Byrum Hurst* for

petitioner. *Tom Gentry,* Attorney General of Arkansas, and *Thorp Thomas* and *James L. Sloan,* Assistant Attorneys General, for respondent. 